1

2

3

4

5

6

7

8

9

10

11

12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DeWAYNE L. EWING, SR., AI4771,

Petitioner.

_____

)
)
)
)
)
)
)
)
)
)
)

No. C 13-1278 CRB (PR)

ORDER OF DISMISSAL

13      On March 21, 2013, the clerk filed as a new prisoner action a letter by

14  petitioner complaining of "corruption & injustice" he experienced from the

15  Oakland Police Department, former defense attorney and prosecutor.  On that same

16  date, the court notified petitioner in writing that the action was deficient because

17  he did not file an actual petition or pay the requisite filing fee or, instead, submit a

18  signed and completed court-approved in forma pauperis (IFP) application.

19  Petitioner was advised that failure to file the requested items within 28 days would

20  result in dismissal of the action.

21      More than 40 days have elapsed; however, petitioner has not provided the

22  court with the requisite items or sought an extension of time to do so.  The action

23  is DISMISSED without prejudice.

24      The clerk shall close the file and terminate all pending motions as moot.

25  SO ORDERED.

26  DATED:   April 30, 2013      _____

CHARLES R. BREYER

27  United States District Judge

28  G:\PRO-SE\CRB\HC.13\Ewing, D.13-1278.dsifp.wpd