IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DeWAYNE L. EWING, SR., AI4771,

Petitioner.

No. C 13-1278 CRB (PR)

ORDER OF DISMISSAL

On March 21, 2013, the clerk filed as a new prisoner action a letter by petitioner complaining of "corruption & injustice" he experienced from the Oakland Police Department, former defense attorney and prosecutor. On that same date, the court notified petitioner in writing that the action was deficient because he did not file an actual petition or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 30, 2013                    _____
                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\HC.13\Ewing, D.13-1278.dsifp.wpd